

BRIAN P. CROSBY
R. DONALD FINN
CHARLES S. DESMOND, II
KATHLEEN M. SWEET (NY & MA)
C. CHRISTOPHER BRIDGE
NORMAN B. VITI, JR.
ROBERT G. SCUMACI (NY & NJ)
TIMOTHY J. GRABER
SALLY J. BROAD
MELISSA L. ZITTEL
RYAN P. CRAWFORD
MICHAEL P. SULLIVAN
MELISSA M. MORTON
MELINDA L. GRABOWSKI
JASON A. GOODMAN
AMANDA C. ROSSI
KYLE W. DUKMEN

GEORGE M. GIBSON
(1929-2002)

JAMES S. McASKILL
(1929-1995)

THEODORE A. JOERG
ELISHA D. TEIBEL
MARK C. BACHMAN
RACHAEL E. BASKERVILLE
KRISTEN V. LEW
NICOLE T. JEFFREY-WILLIAMS
ALEXANDER J. DOWNING
CHELSEA A. MACDONALD

Special Counsel
ROBERT E. SCOTT
MICHAEL J. WILLETT
JOSEPH W. DUNBAR
CRAIG R. WATSON (NY & WA)
ROBERT D. BARONE
KRISTIN A. TISCI
AARON F. GLAZER

Of Counsel
VICTOR ALAN OLIVERI
MARK SPITLER
CAROL WHITE GIBSON

**GIBSON, McASKILL & CROSBY, LLP**
ATTORNEYS AT LAW
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK 14202-3866
TELEPHONE: (716) 856-4200
FACSIMILE: (716) 853-6451
Service not accepted by fax or e-mail

March 29, 2023

Hon. Leslie G. Foschio
U.S. Magistrate
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202-3350

     Re:    **Huber v. County of Erie, et al.**
             Civil Action No.: 1:20-cv-00748-LJV

Dear Judge Foschio:

     Please allow this letter to confirm that on behalf of defendant Tom Chapin, N.P. we consent to and join Mr. Albert's application by letter dated March 28, 2023 for an extension of time to complete discovery in the above-captioned action.

     Thank you for your consideration.

                            Respectfully,

                            Craig R. Watson
            GIBSON, McASKILL & CROSBY, LLP

CRW/avs

cc:    Matthew Albert, Esq. (via CM/ECF)
        Erin E. Molisani, Esq., Erie County Department of Law (via CM/ECF)