UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JESSICA HUBER,

                *Plaintiff,*

vs.

COUNTY OF ERIE,
ERIE COUNTY SHERIFF TIMOTHY B. HOWARD,
ERIN BURCH, PSYCHOLOGIST,
SHANNON STEVENSON,
CHRISSY SCOTT,
MELISSA MULDOON,
CALLY GRAHAM,
CYNTHIA MULLER, RN,
KEVIN BUGMAN, RN,
KRISTINA KRTANJEK, NP,
TOM CHAPIN, PNP,
and UNIVERSITY PSYCHIATRIC PRACTICE, INC.

                *Defendants.*

**STIPULATION OF VOLUNTARY DISMISSAL**

C.A. No. 1:20-cv-00748

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties named in the above-entitled action, Matthew Albert, Esq. on behalf of the Plaintiff, Jessica Huber, Erin E. Molisani, Esq., Assistant Attorney for the County of Erie, attorneys for the named Defendants County of Erie, Erie County Sheriff Timothy B. Howard, Shannon Stevenson, Chrissy Scott, Melissa Muldoon, Cally Graham, Kevin Bugman, R.N. and Kristina Krtanjek, and Kathleen M. Sweet, Esq. of Gibson, McAskill & Crosby, LLP, attorneys for the named Defendants Tom Chapin, N.P., Erin Burch, Psychologist and University Psychiatric Practice, Inc., that the above-entitled action, including all claims and cross-claims, is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) as to all claims, cross-claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

This stipulation may be filed without further order of the Court.

DATED:    Buffalo, New York
               May 7, 2023

*Huber v. County of Erie, et al.*  *Stipulation of Discontinuance*
*C.A. No. 1:20-cv-00748*

| | |
|---|---|
| THE LAWS OFFICES OF MATTHEW ALBERT, ESQ. | GIBSON, McASKILL & CROSBY, LLP |
| */s/ Matthew Albert*<br>Matthew Albert, Esq.<br>*Attorneys for Plaintiff*<br>2166 Church Road<br>Darien Center, New York  14040 | */s/Kathleen M. Sweet*<br>Kathleen M. Sweet, of Counsel<br>*Attorneys for the named Defendants Tom Chapin, N.P., Erin Burch, Psychologist and University Psychiatric Practice, Inc.*<br>69 Delaware Avenue, Suite 900<br>Buffalo, New York 14202 |

ERIE COUNTY ATTORNEY'S OFFICE

*/s/Erin E. Molisani*
Erin E. Molisani, Esq.
*Attorneys for the named Defendants County of Erie, Erie County Sheriff Timothy B. Howard, Shannon Stevenson, Chrissy Scott, Melissa Muldoon, Cally Graham, Kevin Bugman, R.N. and Kristina Krtanjek*