UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JESSICA HUBER,

                     *Plaintiff,*

vs.                                        **STIPULATION OF VOLUNTARY DISMISSAL**

COUNTY OF ERIE,
ERIE COUNTY SHERIFF TIMOTHY B. HOWARD,    C.A. No. 1:20-cv-00748
ERIN BURCH, PSYCHOLOGIST,
SHANNON STEVENSON,
CHRISSY SCOTT,
MELISSA MULDOON,
CALLY GRAHAM,
CYNTHIA MULLER, RN,
KEVIN BUGMAN, RN,
KRISTINA KRTANJEK, NP,
TOM CHAPIN, PNP,
and UNIVERSITY PSYCHIATRIC PRACTICE, INC.

                     *Defendants.*
_____

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties named in the above-entitled action, Matthew Albert, Esq. on behalf of the Plaintiff, Jessica Huber, Erin E. Molisani, Esq., Assistant Attorney for the County of Erie, attorneys for the named Defendants County of Erie, Erie County Sheriff Timothy B. Howard, Shannon Stevenson, Chrissy Scott, Melissa Muldoon, Cally Graham, Cynthia L. Muller, RN, Kevin Bugman, R.N. and Kristina Krtanjek, and Kathleen M. Sweet, Esq. of Gibson, McAskill & Crosby, LLP, attorneys for the named Defendants Tom Chapin, N.P., Erin Burch, Psychologist and University Psychiatric Practice, Inc., that the above-entitled action, including all claims and cross-claims, is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) as to all claims, cross-claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

      This stipulation may be filed without further order of the Court.

DATED:     Buffalo, New York
                 May 17, 2023

*Huber v. County of Erie, et al.*                      *Stipulation of Discontinuance*
C.A. No. 1:20-cv-00748

| | |
|---|---|
| THE LAWS OFFICES OF MATTHEW ALBERT, ESQ. | GIBSON, McASKILL & CROSBY, LLP |
| /s/Matthew Albert | /s/Kathleen M. Sweet |
| Matthew Albert, Esq. | Kathleen M. Sweet, of Counsel |
| *Attorneys for Plaintiff* | *Attorneys for the named Defendants Tom Chapin, N.P., Erin Burch, Psychologist and University Psychiatric Practice, Inc.* |
| 2166 Church Road | 69 Delaware Avenue, Suite 900 |
| Darien Center, New York  14040 | Buffalo, New York 14202 |

ERIE COUNTY ATTORNEY'S OFFICE

s/      Erin E. Molisani
Erin E. Molisani, Esq.
*Attorneys for the named Defendants County of Erie, Erie County Sheriff Timothy B. Howard, Shannon Stevenson, Chrissy Scott, Melissa Muldoon, Cally Graham, Cynthia L. Muller, RN,  Kevin Bugman, R.N. and Kristina Krtanjek*